# EXHIBIT 2

# TRIAL & DEPOSITION TESTIMONY LIST
## Rodney D. Ellis, II
### DOT Compliance/Driver Safety/Mechanical Specialist

| Internal Case Name | Retaining Attorney | Style and Plaintiff (P) or Defense (D) Where Noted | Court Name and Cause Number | Trial (T) Deposition (D) |
|---|---|---|---|---|
| **2020** | | | | |
| Christensen v. Motor Home Specialist | Ryan Bueche | Christensen v. Motor Home Specialist (D) | In the District Court of Johnson County, Texas 413th Judicial District Cause No. DC-C201800754 | D |
| Navarrete v. Pilot | Michael Jones | Navarrete v. Pilot (D) | In the District Court of Ward County, Texas 143rd Judicial District Cause No. 17-05-24211-CVW | D |
| Jeremy Farris | Drew Hoffman | Jeremy Farris (D) | In the United States District Court Western District of Louisiana Civil Action No. 6:19-CV-108 | D |
| Fenton v. PFG | Carlos Macias | Fenton v. PFG (D) | In the Circuit Court of the 20th Judicial Circuit In and for Lee County, Florida Case No. 18-CA-004123 | D |
| Mota v. Tex Mix Partners | Derreck Brown | Mota v. Tex Mix Partners (D) | In the District Court of Bexar County, Texas 288th Judicial District Cause No. 2018-CI-19933 | D |
| BNSF v. C&C | Meggan Crow | BNSF v. C&C (D) | In the District Court of Johnson County, Texas 18th Judicial District Cause No. DC-C201800330 | D |
| Robert Beal | Keith Hill | Robert Beal (P) | In the District Court of Pecos County, Texas 83rd Judicial District Cause No. P-7947-83-CV | D |

| | | | | |
|---|---|---|---|---|
| Vera v. Union Pacific | Bob Tyler | Vera v. Union Pacific (P) | In the District Court of Travis County, Texas 261st Judicial District Cause No. D-1-GN-18-002561 | D |
| **2019** | | | | |
| Efrain Gracia v. Pablo Barrios Ayala | Kyle Herbert | Efrain Gracia v. Pablo Barrios Ayala (P) | In the District Court of Harris County, Texas 11th Judicial District Cause No. 2018-34493 | D |
| Lugo v. Hughes Oilfield | Mark Chisolm | Lugo v. Hughes Oilfield (D) | In the 70th District Court of Ector County, Texas Cause No. A-18-01-0148-CV | D |
| Brittian v. Drewery construction Co. | Don Wheeler | Brittian v. Drewery Construction Co. (D) | In the district Court of Shelby County, TX Cause No 17CV34232 | D |
| Muniz v. Stallion Oilfield Services | Charles Webb | Muniz v. Stallion Oilfield Services (P) | In the District Court 24th Judicial District Dewitt County, Texas Cause No 17-04-24,124 | D |
| Lozano v. Utility Trailer Sales Southeast Texas | Warren McCollum | Lozano v. Utility Trailer Sales Southeast Texas (D) | In the Judicial Workplace Arbitration Case NO JWA-2045-A 2018 | D |
| Lozano v Utility Trailer Sales Southeast Texas | Warren McCollum | Lozano v Utility Trailer Sales Southeast Texas (D) | In the Judicial Workplace Arbitration Case NO JWA-2045-A 2018 | T |
| Arana v. YRC and Jeffery Thorp | Daniel Dennis | Arana v. YRC and Jeffery Thorp (D) | In the United States District Court for the Northern District of Texas Dallas Division Civil Action No 3:18-cv-00494-D | D |
| Begay v. Brady Trucking | Christopher Supik | Begay v. Brady Trucking (P) | In the District Court of the Navajo Nation Judicial District of Shiprock Cause No SR-CV-037-2018 | D |
| Brittian v. Drewery Construction Co. | Don Wheeler | Brittian v. Drewery Construction Co. (P) | In the district Court of Shelby County, TX Cause No 17CV34232 | T |
| **2018** | | | | |
| Laronda King V. Brown and Diamond Trucking | Don Wheeler | Laronda King V. Brown and Diamond Trucking (P) | In the Cunty Court at Law Panola County, Texas Cause No. 2016-0361 | D |

| | | | | |
|---|---|---|---|---|
| Lolita Pennington v. UPS | Stewart Matthews | Lolita Pennington v. UPS (P) | In the United States District Court for the Northern District of Mississippi Oxford Division Civil Action number 3:16cv248-NBB-JMV | D |
| Sholar v. Reyes Trucking | Don Wheeler | Sholar v. Reyes Trucking (P) | In the District Court of Shelby County, Texas 273th Judicial District Cause No 17CV34017 | D |
| Victoria Lynn v. Total Highway Maintenance LLC and Stanley Moore | Karen Alvarado | Victoria Lynn v. Total Highway Maintenance LLC and Stanley Moore (D) | In the District Court 71st Judicial District Harrison County Texas Cause 16-0977 | D |
| Judy Luxton v. Rebecca Leja and Delta Tranz LLC | Carrie Palmer | Judy Luxton v. Rebecca Leja and Delta Tranz LLC (P) | In the United State District Court for the Northern District of Oklahoma Case 4:14-cv-00416 | D |
| **2017** | | | | |
| Ramos v. Ramos Trucking d/b/a E. Ramos Trucking | Beau Nixon | Ramos v. Ramos Trucking d/b/a E. Ramos Trucking (P) | In the District Court of Hidalgo County Texas Cause No. C-8043-14-E | T |
| Mark Alle Vaughn v. MKO Trucking Inc. | Don Wheeler | Mark Alle Vaughn v. MKO Trucking Inc. (P) | In the District Court of Shelby County, Texas 123rd/273rd Judicial District Cause 13Cv33393 | D |
| Brent Irish v. Gehl Power Products | Mark Arndt | Brent Irish v. Gehl Power Products (P) | In the Circuit court Third Judicial Circuit Civ 15-31 | T |
| Toni Crowley v. Tyson Foods | Don Wheeler | Toni Crowley v. Tyson Foods (P) | In the District court Shelby County, Texas 123rd/273rd Judicial District Case No 15CV33,123 | D |
| Ricky Wayne Kirkland v. Buckley Transport Inc. | Heidi Williams | Ricky Wayne Kirkland v. Buckley Transport Inc. (D) | In the Unites State District for the Eastern District of Texas Beaumont Division Case No 1:16-vc-00261-RC | T |
| Mungia v. Strad Energy Services | David Pels | Mungia v. Strad Energy Services (D) | In the District Court 79th Judicial District Jim Wells County, Texas Case No. 12-02-50897-CV | D |
| Sayah v. Pilot Travel Center | Michael Jones | Sayah v. Pilot Travel Center (D) | In the District Court of El Paso County, Texas 243rd Judicial District Cause No. 2016DCV3824 | D |

| 2016 | | | | |
|---|---|---|---|---|
| Donald Hengst v. UV Logistics, Richard Flores, Ronald Johnston and Mark Robinson | David Frock | Donald Hengst v. UV Logistics, Richard Flores, Ronald Johnston and Mark Robinson (D) | In the District Court of Victoria County Texas 135th Judicial District. | T |
| MacLelland v. GMC Trucking, Ryder Truck, TLT Anmar Trucking, Gabriel Diaz Mungula, Erick Bran, Donald Bossett | Heidi Vicknair | MacLelland v. GMC Trucking, Ryder Truck, TLT Anmar Trucking, Gabriel Diaz Mungula, Erick Bran, Donald Bossett (D) | Superior Court of the State of Arizona County of Pinal | D |
| Lenard Wood v. TW&J Transportation LLC | Don Wheeler | Lenard Wood v. TW&J Transportation LLC (P) | In the United States District Court for the Eastern District of Texas Marshall Division | D |
| Jamie Andres v. K Valley Carriers Inn Angel Rivera Henderson | Beau Nixon | Jamie Andres v. K Valley Carriers Inn Angel Rivera Henderson (P) | In the District Court 92nd Judicial District Hidalgo County Texas Cause No C-0901-15-A | D |
| Brent Irish v. Gehl Power Products | Mark Arndt | Brent Irish v. Gehl Power Products (P) | In the Circuit court Third Judicial Circuit Civ 15-31 | D |
| Dinah Grant and Wilma Grant v. Union Pacific Leroy Price, L.V. McQueen and Jimmy Ray Roberson | Casey Hargroder | Dinah Grant and Wilma Grant v. Union Pacific Leroy Price, L.V. McQueen and Jimmy Ray Roberson (D) | In the District Court of Jefferson County, Texas 60th Judicial District Cause No B194-123 | T |
| Bianca Ligeia Phairas v. Wheeling Equipment & Barnhart Crane | Brendan Doherty | Bianca Ligeia Phairas v. Wheeling Equipment & Barnhart Crane (D) | In the District Court of Harris County, Texas 125th Judicial District Cause no. 2014-71026 | D |
| Caledonia Lara-Torres - Longoria v. Herndon, Gonzalez and Associated Truss | Mary Wilson | Caledonia Lara-Torres - Longoria v. Herndon, Gonzalez and Associated Truss (P) | In the County Court No1 Dallas County Texas Cause No DC-14-06332-A | D |
| Fagan v. Royal Freight | Mark Mann | Fagan v. Royal Freight (P) | In the District Court Rusk County, Texas 4th Judicial District Cause No 2015-004 | D |

| 2015 | | | | |
|---|---|---|---|---|
| Jeremy Webster v Tyson Foods Inc d/b/a Foodbrands America, Inc. KPR Foods Plant: Tyson Farms; W &W Trucking LLC and Johnny Windham | Leon Russell | Jeremy Webster v Tyson Foods Inc d/b/a Foodbrands America, Inc. KPR Foods Plant: Tyson Farms; W &W Trucking LLC and Johnny Windham (P) | In the District Court Nacogdoches County, Texas 145th Judicial District | T |
| Manual Ayala v Indera Mills Company and Corrigan Dispatch Company. | Keith Kendall | Manual Ayala v Indera Mills Company and Corrigan Dispatch Company. (D) | In the District Court 111th Judicial District Webb County Texas Cause 2012CVT001505D2 | D |
| Harold Louis Gunsolus and Rene Gonsolus v. HRR Trucking LLC Jose Luis Gomez and Tum Logistics Carrier Division | Luis Elizando | Harold Louis Gunsolus and Rene Gonsolus v. HRR Trucking LLC Jose Luis Gomez and Tum Logistics Carrier Division (P) | In the District Court 49th Judicial District Webb County, Texas Cause No 2013CVT001369D1 | D |
| Ernest Blasingame Jr. v. Crane Cartage LLC Crane Cartage Freight Services or DBA Crane Freight Service and Abdullahi Hashi Mahamed | Leon Ashford | Ernest Blasingame Jr. v. Crane Cartage LLC Crane Cartage Freight Services or DBA Crane Freight Service and Abdullahi Hashi Mahamed (P) | In the United States District Court for the Northern District of Alabama Southern Division | D |
| Dinah Grant and Wilma Grant v. Union Pacific Leroy Price, L.V. McQueen and Jimmy Ray Roberson | Casey Hargroder | Dinah Grant and Wilma Grant v. Union Pacific Leroy Price, L.V. McQueen and Jimmy Ray Roberson (D) | In the District Court of Jefferson County, Texas 60th Judicial District Cause No B194-123 | D |
| Connie Mann v. James Lyn Blum and Chris Robbins d/b/a C & J Harvesting | Richard Rice | Connie Mann v. James Lyn Blum and Chris Robbins d/b/a C & J Harvesting (P) | In the Circuit Court of Cass County, Missouri Case no 11CA-CV03850 Division No 1 | D |
| Donald Hengst v. UV Logistics, Richard Flores, Ronald Johnston and Mark Robinson | David Frock | Donald Hengst v. UV Logistics, Richard Flores, Ronald Johnston and Mark Robinson (D) | In the District Court of Victoria County Texas 135th Judicial District. | D |
| **2014** | | | | |
| Jeremy Webster v. Tyson Foods Inc d/b/a Foodbrands America, Inc. KPR Foods Plant: Tyson Farms; W &W Trucking LLC and Johnny Windham | Leon Russell | Jeremy Webster v. Tyson Foods Inc d/b/a Foodbrands America, Inc. KPR Foods Plant: Tyson Farms; W &W Trucking LLC and Johnny Windham (P) | District Court Nacogdoches County, Texas 145th Judicial District | D |

| | | | | |
|---|---|---|---|---|
| City of St Joe V Conwell Marc Parra, FFE trans and Frozen Food Express v. City of St Joe | Robert Hatcher | City of St Joe V Conwell Marc Parra, FFE trans and Frozen Food Express v. City of St Joe (P) | District Court of Montague County Texas 97th Judicial District | T |
| Pauline Como v. Savage Services Corporation and Jonathan McCreery | Karen Bennett | Pauline Como v. Savage Services Corporation and Jonathan McCreery (D) | In the District Court of Jefferson County, Texas 58th Judicial District Cause No A-193,849 | D |
| Michael Hill v. Charles Moore | Don Wheeler | Michael Hill v. Charles Moore (P) | In the District Court of Shelby County, Texas Cause No: 13CV32,380 | D |
| Juan Reyes v. Werner Enterprises Inc and Roderick Patterson | Keith Kendall | Juan Reyes v. Werner Enterprises Inc and Roderick Patterson (D) | In the County Court at Law No 3 In and for Nueces County Texas Cause No 2010-CCV-61857-3 | D |
| Holly Fisher v National Progressive, Inc d/b/a Best-1 Trucking Gerardo Bedolla Vida Corp JB Hunt Transportation Inc and JMTT | Jason Goodnight/David Senger | Holly Fisher v National Progressive, Inc d/b/a Best-1 Trucking Gerardo Bedolla Vida Corp JB Hunt Transportation Inc and JMTT (D) | In the United State District Court for The Western District Of Oklahoma Case Number CIV-12-853-C | D |
| Juan Reyes v Werner Enterprises Inc and Roderick Patterson | Keith Kendall | Juan Reyes v Werner Enterprises Inc and Roderick Patterson (D) | In the County Court at Law No 3 In and for Nueces County Texas Cause No 2010-CCV-61857-3 | T |