# EXHIBIT 3



F-16676

# Rodney D. Ellis, II
Curriculum Vitae

September 2020

*Designated as an expert in Federal court and the following state courts: Alabama, Arizona, Arkansas, Colorado, California, Florida, Georgia, Illinois, Indiana, Louisiana, Mississippi, Missouri, New Mexico, Oklahoma, South Carolina, South Dakota, Tennessee, Texas, Utah and Wyoming*

**EMPLOYMENT:**

**A&M Forensics and Engineering, Inc.** (November 2019 – present)
*College Station, Texas*
Safety expert/consultant offering expertise in areas involving the operation, training, and qualifications of drivers of commercial motor vehicles, commercial motor vehicle inspection, maintenance and repair, as well as heavy equipment operation and maintenance, including but not limited to forklifts, cranes and dirt equipment.  Diesel mechanic and heavy-duty truck maintenance expert with a full body of experience in vehicle inspections, brake overhauls on air brake, hydraulic, and electrical brake systems, as well as preventative maintenance on commercial and non-commercial motor vehicles. Certified ASC mechanic in Truck Equipment Installation and Repair, Brakes and Preventative Maintenance. An experienced commercial motor vehicle operator with over 600,000 miles of over-the-road driving. Analyze driver qualification files, hours of service logs, training manuals and company policy/procedures manuals.  In addition, provide consulting and compliance services to motor carriers/shippers throughout the United States, which includes, but is not limited to the following services: audits/compliance assessments, simulated DOT Compliance Reviews, executive level consulting on how to build effective compliance systems and controls, create company policies and procedures, CDL and Non-CDL driver training/manuals, and conduct vehicle inspections.  Assist in the creation of company policies and procedures, as well as writing/forming driver manuals.

2427 Earl Rudder Frwy South    College Station, Texas 77845
979-696-6681    Fax 979-696-6691    1-800-696-7201
www.amfeinc.com

**Analysis, Inc.** (2009-2019)
*Grand Junction, CO, Tempe, AZ and Dripping Springs, TX*
Consultant; Offered expertise to Analysis, Inc's clients in areas involving the operation, training, and qualifications of drivers of commercial motor vehicles, commercial motor vehicle inspection, maintenance and repair, as well as heavy equipment operation/maintenance, including but not limited to forklifts, cranes and dirt equipment. Reviewed driver qualification files, Hours of Service logs, training manuals and company policy/procedures manuals. Experienced CDL commercial motor vehicle operator with many years of driving experience.

**Leonard Vaughan & Associates LLP** (2008 – 2009)
*Dripping Springs, Texas*
Consultant; Trucking and Heavy Equipment Safety Consultant Consult with and offer expertise to Leonard Vaughan & Associates' clients in areas involving the operation, training, and qualifications of drivers of commercial motor vehicles, commercial motor vehicle inspection, maintenance and repair, as well as heavy equipment operation/maintenance, including but not limited to forklifts, cranes and dirt equipment. Review driver qualification files, hours of service logs, training manuals and company policy/procedures manuals.

**Motor Carrier Safety Consulting, Inc.** (2005 – 2007)
*Birmingham, Alabama*
Safety Consultant; Consulted with and offered expertise to MCSC clients in areas involving the operation of commercial motor vehicles, commercial motor vehicle inspection, maintenance and repair, as well as forklift and other heavy equipment operation/maintenance. Reviewed driver qualification files, hours of service logs, training manuals and company police/ procedures manuals. Conducted Mock DOT audits, Hours of Service training, air brake training, pre-trip and post trip inspection training, also trained mechanics on the proper procedures when performing a DOT annual inspection.

**Equipment Maintenance/Field Service Mechanic, United Rentals**
(2003-2004) and (2005-2006)
*Birmingham, Alabama*
Equipment Maintenance/Field Service Mechanic, Maintenance and troubleshooting on electric, gas and diesel boom lifts and scissor lifts manufactured by Genie, JLG, Snorkel, Skyjack, and Grove. Maintaining and troubleshooting, commercial motor vehicles, backhoes, bulldozers, and trenchers made by John Deere, JCB, Case, Ditch-Witch and Terex Boom Trucks.

**Hertz Equipment Rental** (2004-2005)
*Birmingham, Alabama*
Equipment Maintenance/Field Service Mechanic, Maintenance and troubleshooting on electric, gas and diesel boom lifts and scissor lifts manufactured by Genie, JLG, Snorkel, Skyjack, and Grove. Maintaining and troubleshooting backhoes, bulldozers, and trenchers made by John Deere, JCB, Case, Ditch-Witch and Terex Boom Trucks.

**Telligman Cartage Xpress** (1998-2001)
*Chester, SC*
Truck Driver, Equipment Maintenance, General Office, Tractor semi-trailer driver, pulling a 53-foot van trailer coast to coast.  General maintenance on commercial motor vehicles, including inspection, scheduled servicing, brake jobs and tire replacement. General office duties, dispatching, billing and hiring. Construction work, welding, masonry concrete and electrical work.

**Misco Enterprises** (1991-1998) and (2001-2002)
*Terre Haute, IN*
Truck Driver, Heavy Equipment Operator, Vehicle Maintenance; Transported heavy equipment by drop-deck, flatbed, lowboy and rollback.  Certified heavy equipment operator, backhoe, dozer, 18 to 35-ton crane, 3,000 to 30,000-pound fork-truck. Maintained straight trucks and tractor semi-trailers, as well as Grove and LinkBelt cranes. Performed vehicle inspections, scheduled service and complete brake jobs.  Welding, fabricating and painting.

**Tryon Brothers Welding** (1989-1991)
*Terra Haute, IN*
Welder and Fabricator; Welding Assistant, Fabricating, painting and welding.


**EDUCATION:**

South Vigo High School, Terra Haute, IN
Penn Foster Career School, Scranton, PA


**LICENSING:**

Currently holding CDL

**CERTIFICATION & TRAINING:**

Bendix Comprehensive Air Brake Training
J.J. Keller – Backing Safety Training
Keeping Your Truck on the Road – How to Avoid Costly CSA Infractions
Comprehensive Air Brake Training
CDR Crash Academy
NATMI All About Video Event Recorders
NATMI Certification - Essential Instructional Skills for Professional Driver Trainers - CDT
NATMI Certification - Certified Director of Safety - CDS
NATMI Certification - Certified Safety Supervisor- CSS
Trucking Issue Updates (American Trucking Association)

Minimum Training Requirements for Entry-Level Commercial Motor Vehicle Operators (Entry Level Driving Training - ELDT) (Federal Motor Carrier Safety Administration)
Introduction to the Electronic Logging Device Rule and Implementation Plan (EDL) (Federal Motor Carrier Safety Administration)
Meritor Wabco Collision Mitigation System Simulator training (Meritor Wabco)
Meritor Wabco OnGuardActive Collision Mitigation System Simulator Training (Meritor Wabco)
Meritor Wabco OnLane Lane Departure System Simulator Training (Meritor Wabco)
National Safety Council and TXDot - Our Driving concern: Train the Trainer
CVSA Cargo Tank Inspections
TMTA Basic Safety Supervisor of Motor Fleets
FMCSA – Driver Medical Fitness for Duty
FMCSA – Hazardous Material and Cargo Tank Update
FMCSA – Safety First Every Life Matters
TMTA Alcohol Misuse and Controlled Substance Use as Required in Section 382.603 of the FMCSRs
TMTA How to Prepare for FMCSA Investigation/Drug/Alcohol Training class
Cargo Securement Regulation Training – FMCSA
Hazardous Materials & Cargo Tank Update – FMCSA
Safety First: Every Life Matters – FMCSA
Pre-trip/Post-trip/Road-side Inspections – Kentucky Vehicle Enforcement
PeopleNet User Conference XI
TMTA Safety Supervision of Motor Fleets
Certified Heavy Equipment Operator, International Union of Operating Engineers
Skyjack Basic Service Training
Factory Trained Technician – Powered Industrial Lifts
Certified Powered Industrial Lift Truck Operator
Ives Training & Compliance
DDEC Reports & Data Extraction
Career Diploma – Diesel Mechanics
Medium & Heavy-Duty Truck Maintenance
Introduction to Medium/Heavy Diesel Truck Mechanics
ASE Medium/Heavy Technician
Crash Data Retrieval System (CSI)
Bosch/Vetronix Data Analyst Course
Bendix Product School
U.S DOT Motor Carrier Safety Compliance Course
CSA and Pre/Post Trip Inspections
How to Prepare for a Safety Audit
Hours of Service Regulations

**PRESENTATIONS:**

Motor Carrier Trucking Issues. – State Bar of Arizona
Understanding "Blackboxes" – Engine Control Modules (ECM), Airbag Control Modules (ACM), and
Electronic Data Recorders (EDR), 360 Advocacy, Las Vegas NV
Prosecuting/Defending a Trucking or Auto Accident Case, Texas Bar, San Antonio TX
Understanding "Black Boxes, Engine Control Modules (ECM), Airbag Control Modules (ACM), and Electronic Data Recorders (EDR) – 360 Advocacy Institute, Las Vegas, NV
Explaining the "Black Box" Engine Control Module – Texas Bar, San Antonio, TX

**MEMBERSHIP:**

The North American Transportation Management Institute
American Trucking Association
Texas Trucking Association
National Safety Council

**TRAINING PROVIDED TO MOTOR CARRIERS:**

**ABC Carrier-** Power Units: 1,442, Drivers: 1,353
Training Types:
Management and Training Personnel.
Redesigned Driver Training Program.
(2019)

*Cannot disclose name because of non-disclosure agreement*

**DEF Carrier-** Power Units: 1,155, Drivers: 1,060
Training Types:
Cargo Securement Training.
(2019)

*Cannot disclose name because of non-disclosure agreement*

**Swift Transportation**- Power Units: 15,898, Drivers: 20,530
Training Types:
Management Training.
DOT Compliance Training.
(2018)

**GHI Carrier-** Power Units: 3, Drivers: 3
Training Types:
Driver Enhancement Training: Pre-Trip Inspections, Braking, Distraction, Wheel Off, Tire Blow Out.
(2018)

*Cannot disclose name because of non-disclosure agreement*

**Hino Dealer-**
Training Types:
Defensive Driver Training.
(2014)

**Armstrong Relocation-** Power Units: 1, Drivers: 1
Training Types:
Hours of Service.
(2007)

**Vulcan Materials** – Power Units: 301, Drivers 273
Training Types:
Hours of Service Training.
Management DOT Compliance Training.
Driver Inspection Training.
Mechanic Training.
(Across U.S: 2005-2007)