## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| TAIWAN KING, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Case No. 2:19-cv-00217-RSP |
| | § | |
| CARDINAL SERVICES, LLC and | § | |
| RAEGAN LEMAIRE, | § | |
| | § | |
| *Defendants*. | § | |

## MEMORANDUM OPINION

Before the Court is the Motion to Exclude Testimony of Rahul Vohra Regarding Future Medical Expenses ("Dr. Vohra Motion") and the Motion to Limit the Testimony of Mark. T. Barisa, Ph.D. ("Dr. Barisa Motion"), both filed by Plaintiff Taiwan King. Dkt. No. 130, 140.

Plaintiff's Dr. Vohra Motion is **DENIED** on its merits.

Plaintiff's Dr. Barisa Motion is **DENIED** as untimely. The deadline for filing dispositive motions, ***including Daubert motions***, was March 1, 2021. Dkt. No. 53 at 3. The parties filed a number of motions on March 1, 2021. Dr. Barisa's deposition was taken on December 14, 2020. Dkt. No. 140-1 at 2. There is no reason, nor does the Plaintiff attempt to show good cause, for waiting until the business day before trial to submit this motion. Any objections to Dr. Barisa's testimony will be taken up contemporaneously with his live testimony.

**SIGNED this 25th day of April, 2021.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE