# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| TAIWAN KING | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Case No. 2:19-CV-0217-RSP |
| | § | |
| CARDINAL SERVICES, LLC, ET AL. | § | |
| | § | |
| *Defendants.* | § | |

## JUDGMENT

This matter having come before the Court for trial by jury on April 26, 2021, and the jury having rendered a unanimous verdict on April 30, 2021,

IT IS ORDERED AND ADJUDGED that Defendants Cardinal Services, LLC and Raegan LeMaire shall pay unto Plaintiff Taiwan King the sum of $884,331.25, together with legal interest and all costs of this proceeding.

**SIGNED this 3rd day of May, 2021.**


ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE